UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 25 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE MATTER OF THE SEARCH OF: )
)
the Express Mail parcel bearing tracking number EG )
619992318 US, addressed to: "ME & MRS JONES )
CREATIONS, 65 TROUT DR., HIGHLAND, IL ) No. 4:16MJ03036 NCC
62249," and a return address of: "CLOSET )
SOLUTIONS, 8501 W. CHARLESTON BLVD, LAS ) **FILED UNDER SEAL**
VEGAS, NV 89117." )
)

## ORDER FOR UNSEALING OF DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Erin O. Granger, Assistant United States Attorney for said District, moving the Court to unseal, without further notice to the Government, the search warrant, issued pursuant to Fed.R.Crim.P. 41, along with its application, affidavit, return, and other related documents filed in this matter, following the passage of 14 days from the date of this Order.

IT IS HEREBY ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed under the above-referenced Cause Number, be unsealed after the passage of 14 days from the date of this Order.

_____
NOELLE C. COLLINS
United States Magistrate Judge

Dated this 25th day of February, 2016.